IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSE GUZMAN,

       Petitioner,       06-1130-CL

    v.                     ORDER

BRIAN BELLEQUE,

       Respondent.

HOGAN, District Judge.

    Petitioner's "Motion requesting dismissal of Writ of Habeas Corpus" (#35) is allowed. This proceeding is dismissed.

    IT IS SO ORDERED

    DATED this 8th day of January, 2008.

                                  Michael R. Hogan
                                  United States District Judge

1 - ORDER